**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6446

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GREGORY KEITH CLINTON,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:08-cr-00005-GMG-RWT-1)

Submitted:  July 26, 2022                                          Decided:  July 29, 2022

Before MOTZ, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory K. Clinton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Keith Clinton appeals the district court's order denying his motion to recuse the presiding district judge in his criminal action. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Clinton's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We deny Clinton's "Motion to Vacate or Dismiss Document 40." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*